## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: JAMES ALCE (J) | CASE NO: 00-6293-CR-FERGUSON |
| AUSA: BRUCE BROWN /Larenza | ATTY: |
| AGENT: DEA | VIOL: 21:841(a)(1) |
| PROCEEDING: I/A ON SEALED INDICTMENT | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: David Joffe |
| BOND SET @: | To be cosigned by: |

FILED by D.C. OCT 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Ore tenus motion to unseal Granted
Order signed

Advised of Charges
Motion for counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD BOND HEARING: | 10-19 | 10 | SNOW | ✓ |
| PRELIM ARRAIGN. OR REMOVAL: | 10-19 | 10 | SNOW | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 10-13-00  TIME: 11:00  FTL/LSS TAPE # 00 - 057  Begin: 1:45  End: 5:13

10