# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JAMES ALCE (J)　　　　　　CASE NO: 00-6293-CR-FERGUSON
AUSA: BRUCE BROWN /s/　　　　　ATTY: DAVID JOFFE, ESQ. /s/
AGENT:　　　　　　　　　　　　VIOL:
PROCEEDING: PTD/ARRAIGNMENT　　RECOMMENDED BOND: PTD
BOND HEARING HELD: yes / no　　　COUNSEL APPOINTED:
BOND SET @: 50,000 PSB　　　　　To be cosigned by: mother /aunt

FILED by ___ D.C.
OCT 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- [ ] Do not violate any law.
- [ ] Appear in court as directed.
- [ ] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- [ ] Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- [x] attend high school  Maintain or seek full - time employment.
- [x] No contact with victims / witnesses. Convicted felons
- [ ] No firearms.
- [x] Curfew: 9 pm to 6 am
- [x] Travel extended to: ___ restricted SD/FL
- [ ] Halfway House ___

Gov't proceeded by proffer
Det Jeffrey Hendricks
FT4PD sworn for cross

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:　DATE:　TIME:　JUDGE:　PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 11-9　11　2:55

DATE 10/19/00　TIME: 10:00 AM.　FTL/LSS TAPE # 00 - 053 & 054　Begin: 12:8　End: 12:36

47