UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA

vs

JAMES ALCE



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: __CUSTODY_____ |
| | _____ |
| | Telephone:_____ |
| DEFENSE COUNSEL: | Name:____DAVID JOFFE, ESQ._____ |
| | Address:_____ |
| | _____ |
| | Telephone:_____ |
| BOND SET/CONTINUED: | $_____ |

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __19TH__ day of __OCTOBER_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
     Deputy Clerk

Tape No.____00-_054_____

cc: Copy for Judge
    U. S. Attorney

