UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES ALCE,

    Defendant.

_____/

### MOTION FOR PERMISSION TO WORK

COMES NOW the Defendant, JAMES ALCE, by and through undersigned counsel, David J. Joffe, and would hereby respectfully request this Honorable Court to permit the Defendant to begin working. As grounds in support of this motion, Defendant would state the following factual basis:

1. Defendant, JAMES ALCE, is on pre-trial release.

2. Defendant has the opportunity to start a job at Boston Market, 1781 East Commercial Boulevard, Fort Lauderdale, Florida 33334, telephone number (954) 938-9073, Supervisor Kevin Cook, immediately upon the Court's granting him permission to do so.

WHEREFORE, the Defendant respectfully requests this Honorable Court grant this motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this ___ day of December, 2000, to BRUCE BROWN, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

                                  Respectfully submitted,

                                  DAVID J. JOFFE, P.A.
                                  Attorney for Defendant
                                  2900 Bridgeport Avenue
                                  Suite 401
                                  Coconut Grove, Florida 33133
                                  (305) 446-5986

                                  By_____
                                  DAVID J. JOFFE, ESQUIRE
                                  FLORIDA BAR NO. 0814164

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES ALCE,

    Defendant.

_____/

### ORDER GRANTING MOTION FOR PERMISSION TO WORK

THIS CAUSE having come before this Court on Defendant's Motion for Permission to Work, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion for Permission to Work is hereby GRANTED. The Defendant may take the job offered to him by Boston Market, 1781 East Commercial Boulevard, Fort Lauderdale, Florida 33334, telephone number (954) 938-9073, Supervisor Kevin Cook.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2000.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

David J. Joffe, Esquire
Bruce Brown, Esquire (AUSA)