# United States District Court

for

## SOUTHERN FLORIDA



U. S. A. vs. ALCE, JAMES                    Docket No. 00-6293-CR-FERGUSON

### Petition for Action on Conditions of Pretrial Release

COMES NOW GAVIN B. CHURCHILL PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant JAMES ALCE who was placed under pretrial release supervision by the Honorable LURANA S. SNOW sitting in the court at FT. LAUDERDALE, on the 19TH day of OCTOBER, 2000 under the following conditions:

1) Report to Pretrial Services as directed.
2) Finish High School.
3) Curfew from 9:00 p.m. until 6:00 a.m.
4) Travel restricted to Southern District of Florida.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On January 16, 2001 the defendant was arrested by the Broward County Sheriff's Office for Possession of Stolen Property and Failing to Carry a Drivers License in Case 01-11612MM10A. The defendant is presently in custody and the next court date is pending at this time.

Furthermore, on December 11, 2000 the defendant was arrested by the Ft. Lauderdale Police Department for Possession of Marijuana in Case 00-030157MM10A. Disposition is pending at this time. The defendant did not report this arrest to Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE REVOKED AND A WARRANT ISSUED FOR THE DEFENDANT'S ARREST.**

ORDER OF COURT

Considered and ordered this _8_ day of
_Feb._ _____ and ordered filed and made a
part of the records in the above case.

Honorable Luarna S. Snow
U. S. Magistrate Court Judge

Respectfully,

Gavin B. Churchill
U.S. Pretrial Services Officer

Place __FT. LAUDERDALE, FLORIDA__

Date __01/24/2001__