cr-06293-PCH  Document 108  Entered on FLSD Docket 02/12/2001

AO 442 (Rev. 12/85) Warrant for Arrest

**United States District Court**
**for the**
**Southern District of Florida**

United States of America
v
ALCE, JAMES

FILED by FEB 9 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST
Case Number: **00-6293-CR-FERGUSON**

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___ JAMES ALCE. ___

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment  __Information  __Complaint  __Order of Court  __Violation Notice  **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

On January 16, 2001 the defendant was arrested by the Broward County Sheriff's Office for Possession of Stolen Property and Failing to Carry a Drivers License in Case 01-11612MM10A. The defendant is presently in custody and the next court date is pending at this time.

Furthermore, on December 11, 2000 the defendant was arrested by the Ft. Lauderdale Police Department for Possession of Marijuana in Case 00-030157MM10A. Disposition is pending at this time. The defendant did not report this arrest to Pretrial Services.

in violation of Title ___18___ United States Code, Section(s) ___3148___

| Gavin B. Churchill | United States Pretrial Services Officer |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 01/24/01  Ft Lauderdale |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ PTD as stipulated *[handwritten]* LSS | by *[signature]* Lurana S. Snow |
| | Name of Judicial Officer |

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at |
|---|
| DATE RECEIVED |

| | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER DATE OF ARREST |
|---|---|---|
| | | |



108