UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55494-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-6293-CR-WDF
                          )   REPORT COMMENCING CRIMINAL
        -vs-              )   ACTION
                          )
JAMES ALCE                )
        Defendant

FILED by D.C.
MAR -6 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-6-01          am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: BOND VIOLATION

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 3-24-82

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3-6-01   (9) Arresting Officer: _____

(10) Agency: USMS _____   (11) Phone: _____

(12) Comments:

112