## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   JAMES ALCE (J)                                    CASE NO:   00-6293-CR-FERGUSON

AUSA:   BRUCE BROWN  _pres_                               ATTY:   DAVID JOFFE, ESQ.  _pres_

AGENT:                                                   VIOL:

PROCEEDING:   PTD HEARING                                 RECOMMENDED BOND:   PTD

BOND HEARING HELD - yes / no                             COUNSEL APPOINTED:

BOND SET @:                                              To be cosigned by:

*FILED by ___ D.C.*
*MAR - 9 2001*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

❑   Do not violate any law.

❑   Appear in court as directed.

❑   Surrender and / or do not obtain passports / travel
     documents.

❑   Rpt to PTS as directed / or _____ x's a week/month
     by phone; _____ x's a week/month in person.

❑   Random urine testing by Pretrial Services. _____
     Treatment as deemed necessary.

❑   Maintain or seek full - time employment.

❑   No contact with victims / witnesses.

❑   No firearms.

❑   Curfew: _____.

❑   Travel extended to: _____.

❑   Halfway House _____.

*Govt proceeded by proffer*

*PTS Officer Gavin Church(?)*
*sworn for cross*
*Bond revoked*
*PTD ordered*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE:   3/9/01   TIME:   10:00   FTL/LSS TAPE # 01 - *013*   Begin: *3671*   End *557*   *2*

*and 014 -*

*P/114*