**United States District Court**
**for the**
**Southern District of Florida**

**United States of America**
v
**ALCE, JAMES**

## WARRANT FOR ARREST

Case Number: 00-6293-CR-FERGUSON

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___JAMES ALCE___

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment  __Information  __Complaint  __Order of Court  __Violation Notice  **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

On January 16, 2001 the defendant was arrested by the Broward County Sheriff's Office for Possession of Stolen Property and Failing to Carry a Drivers License in Case 01-11612MM10A. The defendant is presently in custody and the next court date is pending at this time.

Furthermore, on December 11, 2000 the defendant was arrested by the Ft. Lauderdale Police Department for Possession of Marijuana in Case 00-030157MM10A. Disposition is pending at this time. The defendant did not report this arrest to Pretrial Services.

in violation of Title ___18___ United States Code, Section(s) ___3148___

| Gavin B. Churchill | United States Pretrial Services Officer |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 01/24/01  Ft Lauderdale |
| | Date and Location |
| Bail fixed at $ _PTD requested_ | by _Lurana S. Snow_ |
| | Name of Judicial Officer |

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at Detainer pick up from BSO |||
|---|---|---|
| DATE RECEIVED | | |
| 1/24/01 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. TAssone, USM, S/FL<br>BY: Edward Purchase, SDUSM | SIGNATURE OF ARRESTING OFFICER<br>DATE OF ARREST |
| | | |

115