SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG 10

CASE # __00-6293-CR-FERGUSON__

DEFENDANT __JAMES ALCE (J)__  JUDGE __WILKIE D. FERGUSON__

Deputy Clerk __Deloris McIntosh__  DATE __8/10/01__

Court Reporter __Steven Franklin__  USPO __Carolyn Dorville/Donald Jefferson__

AUSA __Bruce Brown__  Deft's Counsel __David Joffe, Esq.,__

COUNTS DISMISSED __All Others__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.  __10 Days to Appeal__

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment   Years ___   Months __33__   Counts __1__   defendant to Receive Credit for Time Served

(Supervised Release)
Probation   Years __3__   Months ___   Counts __1__

Comments __Submit to Search of person/Property__

__Recommend Stock Incarceration Program__

Assessment $ __100__   Fine $ __N/A__

Restitution /Other _____

✓ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

170