DEFENDANT: JAMES ALCE
CASE NUMBER: 00-6293-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **33 Months BOP, defendant to receive credit for time served.**

The Court recommends to the Bureau of Prisons:

RECOMMEND SHOCK INCARCERATION PROGRAM

The defendant is remanded to the custody of the United States Marshal.



## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on  8-31-01  to  FCI Miami

at  Miami, FL  , with a certified copy of this judgment.

M.G. Lawrence ISS
~~UNITED STATES MARSHAL~~

By:  Ed Gonzalez, Warden
~~Deputy U.S. Marshal~~