# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,   )
                                 )
                 Plaintiff,   )
                                 )
vs                                  )
                                 )
TROY BROWN, et al.          )
                                 )
           Defendants.   )
_____)



### NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Lynn Rosenthal.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:   _____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3508
Facsimile: (954) 356-7336

cc: Special Agent Robert Felicioni, DEA



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this _11TH_ day of December,

2001 to:      Louis Casuso
111 N.E. 1st Street
Suite 907
Miami, Florida 33132

_____

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY