PROB 12C  SD/FL PACTS No. 65784
(SD/FL 9/96)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK/TURNOFF



## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:  James Alce

Name of Sentencing Judicial Officer:  The Honorable Wilkie D. Ferguson, Jr., Judge
U.S. District Court, Ft. Lauderdale, FL

Date of Original Sentence: August 10, 2001

Original Offense:   Conspiracy to Possess with Intent to Distribute Crack Cocaine, Title 21, U.S.C. §846, a Class C felony.

Original Sentence:  Thirty- three (33) months incarceration followed by a three (3) year term of supervised release.

Type of Supervision: Supervised Release     Date Supervision Commenced: June 26, 2003

Assistant U.S. Attorney:  Bruce Brown     Defense Attorney:  David Jonathan Joffe

## PETITIONING THE COURT

[]   To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number         Nature of Noncompliance

1.                       **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about October 4, 2003, in Fort Lauderdale, Florida, the defendant was arrested by the Fort Lauderdale Police Department and charged with Possession of Cocaine, contrary to Florida Statute 893.13.

2.                       **Violation of Mandatory Condition**, by unlawfully possessing a controlled substance. On or about October 4, 2003, the defendant possessed cocaine, as evidenced by his arrest by the Fort Lauderdale Police Department on October 4, 2003.

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65784

3. **Violation of Standard Condition**, by failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. On or about October 4, 2003, the defendant was arrested by the Fort Lauderdale Police Department and he failed to advise the U.S. Probation Officer until October 10, 2003.

4. **Violation of Standard Condition**, by failing to notify the probation officer of a change in employment. On or about September 3, 2003, the defendant left employment with Sweet Tomatoes, 801 South University Drive, Plantation, Florida, and he failed to notify the probation officer until October 8, 2003.

U.S. Probation Officer Recommendation:

The term of supervision should be
[X] revoked.
[ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by Albert Torres  
U.S. Probation Officer  
Phone: 954-769-5514  
Date: October 23, 2003

THE COURT ORDERS:

[ ] No Action  
[ ] The Issuance of a Warrant  
[X] The Issuance of a Summons  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

October 30, 2003  
Date