IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  00-6293-CR-HUCK/TURNOFF

UNITED STATES OF AMERICA,    :

        Plaintiff,    :

v.    :

JAMES ALCE,    :

        Defendant.    :

_____/

## DEFENDANT'S INVOCATION OF
## RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to:  matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or



employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Krista Halla
Assistant Federal Public Defender
Florida Bar No. 073369
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Telephone: (305) 530-7000
FAX: (305) 536-4559

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was forwarded this 18th day of December, 2003, upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132-2111.

By: _____

Krista Halla

F:\users\foldes\1forms\new-case\mag-ct\invocat.mot

2

## FAXBACK SERVICE LIST

Krista Halla, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for James Alce

United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9100
Fax:(305)530-7976
Counsel for the Government