UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6293 CR HUCK



UNITED STATES OF AMERICA,

    Plaintiff,
vs.

JAMES ALCE,

    Defendant.
_____/

### NOTICE OF ASSIGNMENT

The Federal Public Defender for the Southern District of Florida gives notice that the abovecaptioned case has been assigned to Supervisory Assistant Federal Public Defender T. Omar Malone.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By: _____
    T. Omar Malone
    Supervisory Assistant Federal Public Defender
    Court Assigned No. A5500264
    150 West Flagler Street
    Suite 1700
    Miami, Florida 33130
    Telephone: (305) 530-7000
    FAX: (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed via inter office mail to: United States Attorney's Office, 99 N.E. 4th, Street, Miami, Florida, 33132 this 23rd day of December, 2003

By: _____
T. OMAR MALONE