UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK

FILED by _____ D.C.
FEB 06 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES ALCE,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that a Final Revocation Hearing for the above-named Defendant is set for **Thursday, March 25, 2004 at 3:00 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:   February 6, 2004

                                                Genevieve McGee
                                                Courtroom Deputy to the Honorable
                                                Paul C. Huck

cc:   Lynn Rosenthal, AUSA
      T. Omar Malone, AFPD
      Albert Torres, U.S. Probation Officer