UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK

FILED by ___ D.C.
MAR 2 4 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES ALCE,

    Defendant.
_____/

### NOTICE RESETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that the Final Revocation Hearing for the above-named defendant is reset to **Wednesday, April 28, 2004 at 3:00 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:   March 24, 2004

                                          Genevieve McGee
                                          Courtroom Deputy to the Honorable
                                          Paul C. Huck

cc:    Lynn Rosenthal, AUSA
       T. Omar Malone, AFPD
       **Albert Torres, U.S. Probation Officer**
       U.S. Pretrial Services

