UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6293-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES ALCE,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION HEARING

THIS MATTER is before the Court pursuant to Defendant's Unopposed Motion to Continue Final Revocation Hearing, filed April 21, 2004. After reviewing the motion, it is

ORDERED and ADJUDGED that Defendant's Unopposed Motion to Continue Final Revocation Hearing is **GRANTED**. The Final Revocation Hearing is reset to <u>Thursday, June 17, 2004 at 3:30 p.m.</u>

DONE and ORDERED in Chambers at Miami, Florida this 22 day of April, 2004.

                              PAUL C. HUCK
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lynn Rosenthal, AUSA
Michael Spivack, AFPD
Albert Torres, U.S. Probation Officer
U.S. Pretrial Services