UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES ALCE,

    Defendant.
_____/

### NOTICE RESETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that since the U.S. Probation Officer informed the Court that the Defendant's state court trial was reset to July 1, 2004, the Final Revocation Hearing on the above named defendant is hereby reset for **Friday, July 16, 2004 at 11:00 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    June 8, 2004

                                                Genevieve McGee
                                              Courtroom Deputy to the Honorable
                                              Paul C. Huck

cc:    Lynn Rosenthal, AUSA
        Michael Spivack, AFPD
        Albert Torres, U.S. Probation Officer
        U.S. Pretrial Services