UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  00-6293-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES ALCE,

        Defendant.

_____/

## NOTICE OF UNAVAILABILITY

Assistant Federal Public Defender Michael Spivack, counsel for Defendant, James Alce, files

this Notice of Unavailability.  The undersigned will be on his prepaid vacation from July 16, 2004,

through and including July 26, 2004.  The undersigned respectfully requests that no matters be set

for any court proceedings or responses during this time period.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:
    Michael Spivack
    Assistant Federal Public Defender
    Florida Bar No. 0508969
    150 West Flagler Street
    Suite 1700
    Miami, Florida 33130
    Telephone: (305) 530-7000
    Facsimile : (305) 536-4559



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has mailed to Lynn Rosenthal, Esq., Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33394, and to Albert Torres, United States Probation Officer, 6100 Hollywood Boulevard, Suite 501, Hollywood, Florida 33024 this 22 day of June, 2004.

By:_____
Michael Spivack

**FAXBACK SERVICE LIST**

Michael Spivack, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for James Alce

Lynn Rosenthal, Esq.
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida, 33394
Tel: (954)660-5690
Fax: (954)356-7336
Counsel for the Government

Albert Torres
United States Probation Officer
6100 Hollywood Boulevard
Suite 501
Hollywood, Florida 33024
Tel: (954)769-5514
Fax: (954)769-5596