PROB 19a                                                                                           SD FL PACTS No. 65784

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-CR-6293-HUCK

U.S.A. vs James Alce

TO: ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRENT FOR ARREST OF SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. ||||
| NAME OF SUPERVISED RELEASEE<br>James Alce | SEX<br>M | RACE<br>B | AGE<br>22 |
| ADDRESS (STREET,CITY,STATE)<br>1222 Northwest 7th Avenue, Fort Lauderdale, Florida, 33311 ||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>Southern District of Florida || DATE IMPOSED<br>August 19, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>United States District Court, Southern District of Florida, Miami. ||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>*[signature]* || DATE<br>July 13, 2004 |

| RETURN |||
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
|  |||
| NAME | (BY) | DATE |

