# United States District Court

## for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A vs. James Alce  　　　　　　　Docket No. 00-CR-6293-HUCK/TURNHOFF
　　　　　　　　　　　　　　　　　　PACTS NO. 65784

### Petition to Revoke Bond

COMES NOW <u>Albert Torres,</u> UNITED STATES PROBATION OFFICER presenting an official report upon the conduct of defendant, <u>James Alce</u>, who was placed on bond supervision by the Honorable <u>Stephen T. Brown,</u> sitting in the court at <u>Miami, Dade County, Florida</u>, on the <u>17</u> day of <u>December, 2003</u> was given a $10,000 personal surety bond under the following conditions:

1. Maintain or actively seek employment
2. Surrender all travel documents to Pre Trial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about June 18, 2004, the defendant, submitted a urine specimen which tested positive for the presence of Cocaine and Marijuana in our local laboratory and which subsequently confirmed positive by Scientific Testing Laboratories, Incorporated. Furthermore, the defendant admitted to said use.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND REVOKED AND A WARRANT ISSUED FOR THE DEFENDANT'S ARREST.**

　　　　ORDER OF COURT　　　　　　　　　　　Respectfully,

Considered and ordered this 2nd day of July, 2004 and ordered filed and made part of the records in the above case.

　　　　　　　　　　　　　　　　　　　　Albert Torres
Honorable Stephen T. Brown　　　　　　　U.S. Probation Officer
for U.S. District Court Magistrate Judge　　Phone: 954-769-5514

　　　　　　　　　　　　　　　　　　　　Place <u>Hollywood, Broward County, Florida</u>

　　　　　　　　　　　　　　　　　　　　Date <u>June 29, 2004</u>