

FILED by _____ D.C.

JUL 1 3 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JAMES ALCE,

     Defendant.

_____/

## NOTICE RESETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that a Final Revocation Hearing on the above named defendant

will be held on **Monday, July 19, 2004 at 3:00 p.m.** before the Honorable Paul C. Huck, United

States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    July 12, 2004

 

Genevieve McGee
Courtroom Deputy to the Honorable
Paul C. Huck

cc:    Lynn Rosenthal, AUSA
       Michael Spivack, AFPD
       Albert Torres, U.S. Probation Officer