UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK

FILED by _____ D.C.
JUL 14 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES ALCE,

    Defendant.
_____/

## NOTICE RESETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that a Final Revocation Hearing on the above named defendant will be held on **Monday, August 2, 2004 at 3:30 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    July 14, 2004

                                              Genevieve McGee
                                              Courtroom Deputy to the Honorable
                                              Paul C. Huck

cc:    Lynn Rosenthal, AUSA
        Michael Spivack, AFPD
        Albert Torres, U.S. Probation Officer