UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6293-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES ALCE,

    Defendant.

_____/



## NOTICE RESETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that a Final Revocation Hearing on the above named defendant

will be held on **Friday, August 20, 2004 at 11:00 a.m.** before the Honorable Paul C. Huck,

United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    July 27, 2004

Anita Greer (4) Genevieve McGee
Courtroom Deputy to the Honorable
Paul C. Huck

cc:    Lynn Rosenthal, AUSA (Ft. Lauderdale)
      Michael Spivack, AFPD
      Albert Torres, U.S. Probation Officer

