ko.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-Huck

UNITED STATES OF AMERICA

vs.

James Alce

_____

ORDER

THIS CAUSE came before the Court for a hearing regarding *Initial Appearance* _____, and pursuant to proceedings held, it is hereby

**ORDERED AND ADJUDGED** as follows: Government stated August 20, 2004 hearing is pending before Judge Huck

DONE AND ORDERED at Miami, Florida this 29 day of July 2004.

TAPE NO. 04C-30-2690

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

