



FILED BY _____ D.C.

2004 JUL 29 PM 1:33

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: CR: 00-6293-CR-Huck

UNITED STATES OF AMERICA
    Plaintiff
-vs

REPORT COMMENCING CRIMINAL ACTION

ALCE, JAMES
    Defendant

55494-004
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT    (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 7/27/04    AM ___ PM ___

(2) LANGUAGE SPOKEN: ENG

(3) OFFENSE (S) CHARGED: PROBATION VIOL.

---

(4) DATE OF BIRTH: _____

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    { } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORINGINATING DISTRICT: _____

(6) REMARKS: _____

(7) DATE: _____ (8) ARRESTING OFFICER: _____

(9) AGENCY: USMS    (10) PHONE: 305-536-5677

(11) COMMENTS: _____