

CLARENCE MADDOX
CLERK U.S.
S. D. OF FL.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: August 20, 2004　　　　CASE NUMBER: 00-6293-CR-HUCK

DEFENDANT: JAMES ALCE　　　COUNSEL: Michael Spivack, AFPD

AUSA: Lynn Rosenthal　　　　PROB. OFFICER: Albert Torres

CLERK: Genevieve McGee　　　CT REPORTER: Andy Schwartz

---

✓ Supervised Release Revocation Hearing Held;

___ Supervised Release Revocation Hearing continued to _____ @ _____ at the request of government/defendant.

✓ Defendant admits violation of Supervised Release;

___ Defendant denies violation of Supervised Release;

✓ Court finds defendant violated terms of supervised release;

___ Court fails to find defendant violated terms of supervised release;

___ Court defers ruling;

___ Case taken under advisement:

___ Bond pending appeal set at $_____;

MISC: _____

### SENTENCING

___ SENTENCING CONTINUED TO: _____ @ _____

SENTENCING TEXT: BOP 5 months. No Supervised Release to follow (see judgment for details)

commenced: _____　　　Terminated: _____

