00-6293-CR-HUCK

C: OCT 19 PM 2:08

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Defendant delivered on 09/14/04 to Federal Detention Center at Miami, Florida, the institution designated by the Attorney General, with a certified copy of the Judgment and Commitment

_____
Inmate Systems Manager

291/rt

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES ALCE,<br>Reg. No. 55494-004,<br>DOB: 3/23/82<br><br>　　　　　　　Defendant.<br>_____/ | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br><br>CASE NO: 00-6293-CR-HUCK<br><br> |

### JUDGMENT AND COMMITMENT
### UPON REVOCATION OF SUPERVISED RELEASE
(for Offenses Committed on or after November 1, 1987)

It appearing to the Court that on August 10, 2001, the Defendant was sentenced in the Southern District of Florida, Miami Division, to a term of thirty-three (33) months imprisonment followed by three (3) years of supervised release. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on August 20, 2004, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised release by:

1) Failing to refrain from violation of the law. On or about October 4, 2003, in Fort Lauderdale, Florida, the defendant was arrested by the Fort Lauderdale Police Department and charged with possession of cocaine, contrary to Florida Statute 893.13.

2) Unlawfully possessing a controlled substance. On or about October 4, 2003, the defendant possessed cocaine, as evidenced by his arrest by the Fort Lauderdale Police Department on October 4, 2003.

3) Failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. On or about October 4, 2003, the defendant was arrested by the Fort Lauderdale Police Department and failed to advise the U.S. Probation Officer until October 10, 2003.